| AUSA: | Jeremiah Smith | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Marquis Shannon | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Jamontae Ridley | Case No. | Case: 2:22−mj−30268<br>Assigned To : Unassigned<br>Assign. Date : 6/9/2022<br>Description: RE: JAMONTAE RIDLEY (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 20, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Marquis H. Shannon, Special Agent (ATF)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 9, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__         Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Marquis H. Shannon, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been for over eight years. I am currently assigned to the Detroit Field Office. I have conducted or participated in numerous criminal investigations focused on firearms and controlled substance violations. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with ATF, I was employed as a State Trooper with the Ohio State Highway Patrol from 2006 through 2014.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details of which I am aware relating to this investigation.

3. ATF is currently conducting a criminal investigation concerning Jamontae RIDLEY, (D.O.B. XX/XX/1998) for a violation of 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon.

## SUMMARY OF THE INVESTIGATION

4. On May 20, 2022, at approximately 7:00 p.m., Detroit Police Officers Sequoia and Patterson were patrolling the area of Warwick Street and Tireman Street in Detroit, MI. According to reports, officers initially observed RIDLEY standing on a public sidewalk and holding a clear bottle containing a small amount of suspected alcohol. Officers observed RIDLEY look in their direction and then quickly walk toward the porch of 1XXXX Tireman Street.  As he did, officers observed the right side of RIDLEY's pocket was heavily weighed down causing his underwear to show.  As RIDLEY continued toward the front porch, officers observed what appeared to be the black magazine plate of a pistol protruding from the right pocket of RIDLEY's shorts.

5. Officers drove past 1XXXX Tireman Street, repositioned their patrol vehicle, and returned down Tireman Street.  Officers observed RIDLEY walking on the sidewalk with what appeared to be a gun still in his pocket and the clear bottle of suspected alcohol in his hand.  They again observed RIDLEY look in the officers' direction and quickly return to the front porch of 1XXXX Tireman Street. Following RIDLEY's entrance into 1XXXX Tireman Street, officers exited their

patrol car and approached the residence. Officers advised RIDLEY stood in the doorway of the residence and repeatedly opened the door as he spoke around it. While standing next to the porch, Officer Sequoia observed RIDLEY reach into the right side of his short's pocket and touch the firearm. Officer Sequoia observed the firearm to be partially silver or gray in color. Officer Sequoia notified Officer Patterson of his observations. Shortly thereafter, the officers observed RIDLEY retrieve the firearm from his pocket and throw it behind his body before stepping onto the porch and closing the door.

6. Detroit Police Sergeant Barr arrived at the scene and spoke with RIDLEY. According to the report, RIDLEY advised he was a felon and that his residence was located on Outer Drive - not at 1XXXX Tireman Street residence. Sergeant Barr detained RIDLEY after he exited the residence.

7. After a period of time, the registered homeowner of 1XXXX Tireman Street arrived at the residence and provided officers verbal and written consent to search and retrieve the firearm from the residence. Officers located a box of .40 caliber ammunition that was located inside a vent on the hallway floor. Inside a basement crawl space, officers recovered a silver and black firearm that officers suspected had been on RIDLEY's person. Officers also recovered the firearm's magazine next to the crawl space in the basement. Sergeant Barr recovered a clear bottle of Tequila that was located at the front door of the residence.

8. The firearm that was recovered from 1XXXX Tireman Street was a silver and black Ruger, P94, .40 caliber, semi-automatic pistol.

9. RIDLEY does not possess a concealed pistol license. RIDLEY was subsequently arrested for Carrying a Concealed Weapon and transported to the Detroit Detention Center. Officers discovered that the seized Ruger pistol was reported stolen from Flint, MI.

10. I reviewed data from the National Crime Information Center for Jamontae RIDLEY, which revealed the following convictions:

- November 15, 2017; Felony Armed Robbery, 3rd Circuit Court, Detroit, MI; Sentenced to 2 years of incarceration.

- November 15, 2017; Felony Weapons Felony, 3rd Circuit Court, Detroit, MI; Sentenced to 2 years of incarceration.

11. According to the Michigan Department of Corrections Offender Tracking Information System, RIDLEY was on parole at the time of his arrest on May 20, 2022.

12. On June 9, 2022, I contacted ATF Interstate Nexus Expert and Special Agent Josh McLean regarding the status of the Ruger pistol. Special Agent McLean stated that the firearm, based on the description provided, without conducting a physical examination, was manufactured outside of the state of Michigan after 1898 and therefore had traveled in and affected interstate commerce.

## CONCLUSION

13. Based on the aforementioned facts, probable cause exists that on or about May 20, 2022, in the Eastern District of Michigan, Jamontae RIDLEY, an individual previously convicted of a felony punishable by more than one year, did knowingly possess a firearm that had previously traveled in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon.

Respectfully submitted,

Marquis H. Shannon, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

Dated: June 9, 2022